**Order entered November 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01224-CV

### LAKEPOINTE PHARMACY #2, LLC, ET AL., Appellants

### V.

### FORNEY DEERVAL, LLC, ET AL., Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90632-422**

## ORDER

Before the Court are appellants' October 22, 2019 motion for an extension of time to file their notice of appeal and appellees' response to the motion. We **GRANT** the motion. The notice of appeal filed on October 3, 2019 is deemed timely for jurisdictional purposes.

/s/     ERIN A. NOWELL
        JUSTICE